| US10204261 B2 | KeepTruckin AI Dashcam |
|---|---|
| 17. A system for use in a vehicle, comprising: | **AI Dashcam**<br>Stop accidents and detect unsafe driving with unrivaled accuracy.<br><br>Get Pricing    Request Demo<br><br>https://keeptruckin.com/dashcam<br><br>KeepTruckin: AI Dashcam has a system for use in a vehicle.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US10204261 B2 | KeepTruckin AI Dashcam |
|---|---|
| (a) a camera adapted for installation in a vehicle aimed at a location to capture images of a driver's face; | <br><br>https://keeptruckin.com/dashcam<br><br>The reference describes a camera adapted for installation in a vehicle aimed at a location to capture images of a driver's face. |

| US10204261 B2 | KeepTruckin AI Dashcam |
|---|---|
| (b) coupled to the camera, a circuit that includes an image processor that processes image data to generate processed facial identifying data to identify human faces; | Driver Match uses facial recognition to automatically identify the driver. Now, when hovering over or clicking into an unidentified trip, a driver photo and assignment suggestion will automatically appear:<br><br>https://keeptruckin.com/blog/introducing-easier-ude-management<br><br>The reference describes coupled to the camera, a circuit that includes an image processor that processes image data to generate processed facial identifying data to identify human faces |

| US10204261 B2 | KeepTruckin AI Dashcam |
|---|---|
| (c) coupled to the circuit, a radio communications link with an antenna adapted for communications to a wide area radio network; | How does live streaming work?<br><br>Managers can view live dashcam video to remotely train drivers in real-time and better recognize them for safe driving. **This optional feature was built with driver privacy in mind and must be turned on by a fleet admin to use.** In-cab audio and visual alerts notify drivers when the live stream starts and ends — this cannot be turned off. Only users with live streaming permissions can initiate a live stream.<br><br>https://keeptruckin.com/dashcam<br><br>The reference describes coupled to the circuit, a radio communications link with an antenna adapted for communications to a wide area radio network. |

| US10204261 B2 | KeepTruckin AI Dashcam |
|---|---|
| (d) wherein the circuit reports to a server across the wide area radio network the processed facial identifying data regarding identity of a driver and issues auditory reports or visual reports or both to the driver of the vehicle when it reports to the server that the driver was exceeding a speed limit by more than a threshold. | **How does live streaming work?**<br><br>Managers can view live dashcam video to remotely train drivers in real-time and better recognize them for safe driving. **This optional feature was built with driver privacy in mind and must be turned on by a fleet admin to use.** In-cab audio and visual alerts notify drivers when the live stream starts and ends — this cannot be turned off. Only users with live streaming permissions can initiate a live stream.<br><br>**What types of driver safety events trigger video recordings?**<br><br>Telematic events like hard brakes, hard accelerations, and hard corners trigger video. AI-event detection also triggers video.<br><br>https://keeptruckin.com/dashcam<br><br>The reference describes the circuit reports to a server across the wide area radio network the processed facial identifying data regarding identity of a driver and issues auditory reports or visual reports or both to the driver of the vehicle when it reports to the server that the driver was exceeding a speed limit by more than a threshold. |