AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| HALEY IP, LLC <br><br> *Plaintiff(s)* <br> v. <br> MOTIVE TECHNOLOGIES, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:23-cv-00052 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MOTIVE TECHNOLOGIES, INC.
c/o Registered Agent
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E. 7th Street
Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SERVICE RETURN ATTACHED*

CLERK OF COURT

Date:   01/27/2023                                              /s/ MDavis
                                                                *Signature of Clerk or Deputy Clerk*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00052

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                Server's signature

                                _____
                                Printed name and title

                                SERVICE RETURN ATTACHED

                                _____
                                Server's address

Additional information regarding attempted service, etc:

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:23-CV-00052

Plaintiff:
**Haley IP, LLC**

vs.

Defendant:
**Motive Technologies, Inc.**

For:
Ramey & Schwaller, LLP
5020 Montrose Blvd.
Suite 800
Houston, TX 77006

Received by Justin Rogers on the 30th day of January, 2023 at 2:55 pm to be served on **Motive Technologies, Inc. c/o registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **30th day of January, 2023** at **3:12 pm**, I:

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint for Patent Infringement with Exhibits A and B** with the date of delivery endorsed thereon by me, to **Terri Tremblay, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Motive Technologies, Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 30th day of January, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Justin Rogers
PSC-20023, Exp. 06/30/2023
Date: 1/30/23

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2023001310
Ref: Haley IP v. Motive